UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL QUIROZ,

               Petitioner,

       v.

R. MADDEN, Warden,

               Respondent.

_____

Case No. 5:15-cv-02035-JAK-JC

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the February 21, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

     IT IS HEREBY ORDERED that the Petition is denied, this action is dismissed with prejudice and that Judgment be entered accordingly.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2    the Judgment herein on petitioner and on respondent's counsel.
3    IT IS SO ORDERED.
4
5    DATED: April 1, 2020
6
7    _____
8    JOHN A. KRONSTADT
     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28