UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL QUIROZ,<br><br>          Petitioner,<br><br>   v.<br><br>R. MADDEN, Warden,<br><br>          Respondent. | Case No. 5:15-cv-02035-JAK-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: April 1, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE